UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW QUENTMEYER,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY DONALD DAVIS, JR.,<br><br>Defendant. | No. 2:19-cv-00609 JAM CKD (PS)<br><br><br><br>ORDER |

Plaintiff filed a notice of removal of this action from superior court on April 9, 2019. Plaintiff has not paid the fee ordinarily required to remove an action to this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff states he receives $1,600 per month in retirement but has left multiple sections of the form blank. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: May 8, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/quentmeyer0609.ifp.inc